Owen Nichols #13-A-3846
Great Meadow Corr. Fac.
Box 51
11379 State Road Route 22
Comstock, New York 12821

Date: July, 22nd, 2015          14cv1927 PKCRML

District Court Clerk Office
U.S. District Court
Eastern District of N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201

RECEIVED
JUL 28 2015
PRO SE OFFICE

Greetings,

I'm corresponding in the matter of Assault & Battery by Riker's Island Corr. Staff. As I just appeared before an Asst. Att. General on July. 6th, 2015, held at Sing Sing Corr. Fac. 354 Hunter Street, Ossining, N.Y. 10562-5442. For a deposition hearing at the Conference Room, with my representing civil Attorney Ms. Amy Rameau. esq. 16 Court Street, Bklyn, N.Y. 11242. As my request to contact Asst. Att. General assigned on defendants behalf in the matter mentioned. That I'll like to make an agreement to settle with the offer by me accepting the amount that was disclosed.

Thank you for your time, concern, and consideration.

Respectfully,

O. Nichols

CC. File

**GREAT MEADOW CORRECTIONAL FACILITY**
BOX 51
COMSTOCK, NEW YORK  12821-0051

NAME: Owen Nichols   DIN: 13-A-3846

Legal Mail

Great Meadow ★ Correctional Facility

District Court Clerk Office
U.S. District Court
Eastern District of N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201

UNITED STATES POSTAGE  $00.48°  JUL 24 2015
MAILED FROM ZIP CODE 12821

**NEW YORK STATE**
**DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**
**OFFENDER CORRESPONDENCE PROGRAM**

NAME: _Owen Nichols_   DIN: 13-A-3346

Printed on Recycled Paper